IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDALL T. McARTY
ADC # 101565                                                                  PLAINTIFF

v.                              No. 5:11-cv-266-DPM

ARKANSAS BOARD OF CORRECTION;
RAY HOBBS; JAMES GIBSON; JIMMY
BANKS; CLARENCE KELLY; T. BANNISTER;
KEITH WADDLE; and BLAKE A. BARNES                     DEFENDANTS

ORDER

McArty's motion for voluntary dismissal, *Document No. 9*, is granted and his complaint is dismissed without prejudice. FED. R. CIV. P. 41(a)(2). Because McArty is voluntarily dismissing his case, the Court declines to adopt the now-moot proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young, *Document No. 4*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 December 2011